```
                   UNITED STATES DISTRICT COURT
                   NORTHERN DISTRICT OF TEXAS
                       FORT WORTH DIVISION
```

| | |
|---|---|
| UNITED STATES OF AMERICA § | |
| § | |
| vs. § | CRIMINAL NO. 4:21-CR-342-Y |
| § | |
| GUY MENA (1) § | |

**ORDER GRANTING DEFENDANT'S SECOND**
**UNOPPOSED MOTION TO CONTINUE SENTENCING**

Before the Court is Defendant's Second Unopposed Motion to Continue Sentencing (doc. 40) filed June 21, 2022. After review, the motion is GRANTED, and the sentencing hearing of the defendant in the above-styled and -numbered cause is continued to September 20, 2022, at 10:00 a.m.

SIGNED June 21, 2022.

_____
TERRY R. MEANS
UNITED STATES DISTRICT JUDGE